**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

NEPALI ANMOL,

      Petitioner,

v.

                                                  No. 2:26-cv-00607-DHU-GBW

PAMELA BONDI, Attorney General
of the United States; KRISTI NOEM,
Secretary, Department of Homeland Security;
MARY DE ANDA-YBARRA, El Paso Field
Office Director, Immigration and Customs
Enforcement; TODD LYONS, Acting Director
of Immigration and Customs Enforcement; and
DORA CASTRO, Warden, Otero County
Processing Center,

      Respondents.

**ORDER MODIFYING THE COURT'S ORDER TO SHOW CAUSE AND PROHIBITING
TRANSFER OUT OF DISTRICT**

THIS MATTER is before the Court on Respondents' Emergency Motion to Lift the Court's previous Order to Show Cause and Prohibiting Transfer Out of District. Doc. 8. Having reviewed Petitioner's Petition for Writ of Habeas Corpus ("Petition"), the Respondents' Response to the Petition, the Respondents' present Motion, and the relevant law, the Court finds that the Motion should be **GRANTED**.

      **IT IS THEREFORE ORDERED** that the Court's Order to Show Cause and Prohibiting Transfer Out of District (Doc. 3) is modified as follows: The Respondents are **ENJOINED** from transferring Petitioner to any facility outside of the District of New Mexico **UNLESS** it is for Petitioner's immediate removal pursuant to a final removal order.

1

**IT IS FURTHER ORDERED** that Respondents must submit a status report to the Court regarding this case no later than Wednesday, April 8, 2026.

**IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE

2